UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:10CV12-J

BONITA COOPER                                                                  PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                     DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff Bonita Cooper seeks Disability Insurance Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge W. David King who recommends that the final decision be affirmed and the plaintiff's claim dismissed.

The plaintiff has timely filed objections to the Magistrate Judge's Report arguing that the ALJ failed to comply with this Court's previous Order of Remand. In that previous Order, this Court was primarily concerned with the ALJ's reliance upon medical advisor testimony from a physician who appeared to be skeptical that fibromyalgia alone can ever be the basis for a finding of disability. The Court was also concerned that the treating physician's opinions be properly evaluated, along with the claimant's credibility. The Court has reviewed the record on remand and concurs with the Magistrate Judge's well-reasoned Report and Recommendation.

Thorough review of the record in light of claimant's arguments reveals that the ALJ's conclusions are supported by substantial evidence of record. The issues in contention were sufficiently addressed in the Magistrate Judge's Report and Recommendation. In sum, this Court has conducted a de novo review of the Magistrate Judge's Report in light of the objections thereto

and the record as a whole. The Magistrate Judge's Report is hereby adopted, and its findings and conclusions are incorporated by reference herein.

Accordingly, for the reasons stated herein, IT IS ORDERED:

1) The Magistrate Judge's Report and Recommendation is ADOPTED, and those findings and conclusions are incorporated by reference herein;

2) The final Decision of the Commissioner denying benefits is AFFIRMED; and

3) Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.